AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MARY NORWAY, TERRI THOMAS and DEBORAH SHEA,<br>*Plaintiff(s)*<br>v.<br>SUNSHINE PEAK CORP., and JAMES WESSON,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 8:19-cv-2434-T-30JSS<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SUNSHINE PEAK CORP.,
by serving its registered agent: JAMES WESSON
c/o Cafe 776
138 North Indiana Avenue
Englewood, Florida 34223

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Todd W. Shulby, Esq.
Todd W. Shulby, P.A.
1792 Bell Tower Lane
Weston, FL 33326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Oct 01, 2019                                                                 *BrendaNapier*
                                                                                    *Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF PROCESS SERVER

Job # S191882

### Client Info:
Todd W. Shulby, P.A.
1792 Bell Tower Lane
Weston, Florida 33326

### Case Info:

| Plaintiff: | |
|---|---|
| Mary Norway, Terri Thomas and Deborah Shea | UNITED STATES DISTRICT COURT |
| -versus- | Court Division: MIDDLE DISTRICT |
| **Defandant:** | County of Sarasota, Florida |
| Sunshine Peak Corp. and James Wesson | Court Case # **8:19-cv-02434-JSM-JSS** |

### Service Info:

**Date Received by Accurate Serve Plantation: 10/3/2019 at 04:13 PM**
**Service:** I Served **Sunshine Peak Corp. and James Wesson**
With: **SUMMONS; COMPLAINT**
by leaving with **JAMES WESSON, REGISTERED AGENT**

**At Business 138 NORTH INDIANA AVENUE (CAFE 776 - RESTAURANT) ENGLEWOOD, FL 34223**

Latitude: **26.966858**
Longitude: **-82.353360**

On **10/4/2019** at **01:14 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

### Served Description: (Approx)

Age: **65**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 10"**, Weight: **170**, Hair: **Gray** Glasses: **No**

### Military Status:

**Military Status = No**

### Marital Status:

Inquired if subject was married and was informed subject was <u>not</u> married.

I **Nicholas Evans** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: _(signed)_
**Nicholas Evans**
Lic # **Manatee / 12th Judicial Circuit #5000**

**Accurate Serve Plantation**
151 N. Nob Hill Road, Suite 378
Plantation, FL 33324

Client # 2019006016
Job # S191882

SUBSCRIBED AND SWORN to before me this ___7th___ day of ___October___, _2019_, by **Nicholas Evans**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_(signed)_
NOTARY PUBLIC for the state of Florida



Ian K. Loeltar
Commission # GG 192641
Expires: March 6, 2022
Bonded thru Aaron Notary

 

1 of 1